UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARNELL BAILEY  :  No. 02-CV-4683 | |
| 3563 Driftwood Place                              : | |
| Bethlehem, PA 18020                             : | |
|                                                                  : | |
|        v.                                                      : | |
|                                                                  : | |
| LUCENT TECHNOLOGIES INC.         : | |
| 555 Union Boulevard                             : | |
| Allentown, PA 18109-3286                    : | |
|                                                                  : | |
|        AND                                                : | |
|                                                                  : | |
| AGERE SYSTEMS INC.                         : | |
| 555 Union Boulevard                             : | |
| Allentown, PA 18109-3286                    : | |

**MOTION FOR ENLARGEMENT
OF TIME TO SUBMIT EXPERT REPORTS**

Plaintiff Garnell Bailey, by and through her attorney, GLENNIS L. CLARK, ESQUIRE, hereby respectfully moves this Honorable court for an extension of time within which to submit expert reports. In support of this Motion, Plaintiff represents the following:

1. Pursuant to the Court's Order dated November 20, 2002, plaintiff's expert report(s) was to be exchanged no later than February 18, 2003. A copy of which is incorporated herein, made a part hereof and marked as Exhibit "A."

2. Plaintiff has requested reports from three (3) potential experts but has not received the same.

3. Counsel has been unable to obtain the specific dates on which the expert reports will be available.

4. Counsel was unable to reach opposing counsel regarding their position.

5. Plaintiff respectfully requests an additional thirty (30) days, on or before March 18, 2003.

Respectfully submitted:

_____
GLENNIS L. CLARK
I. D. No. 36682
Attorney for Plaintiff
LAW OFFICE OF GLENNIS L. CLARK
532 Walnut Street
Allentown, PA 18101
610-433-6624

Dated: _____

## CERTIFICATE OF SERVICE

I, Glennis L. Clark, Esquire, hereby certify that I have caused to be served a true and correct copy of the motion for enlargement of time to submit expert reports via first class mail, postage prepaid on the date stated below to the offices of:

    Barbara Rittinger Rigo, Esquire
    Littler Mendelson
    Three Parkway
    1601 Cherry Street, Suite 1400
    Philadelphia, PA  19102

    Robert W. Cameron, Esquire
    Littler Mendelson
    Dominon Tower
    625 Liberty Avenue, 26th Floor
    Pittsburgh, PA 15222-3110

Dated: _____	_____
                                                    GLENNIS L. CLARK
                                                    I. D. No. 36682
                                                    Attorney for Plaintiff