UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARNELL BAILEY | : No. 02-CV-4683 |
| 3563 Driftwood Place | : |
| Bethlehem, PA 18020 | : |
| v. | : |
| | : |
| LUCENT TECHNOLOGIES INC. | : |
| 555 Union Boulevard | : |
| Allentown, PA 18109-3286 | : |
| AND | : |
| AGERE SYSTEMS INC. | : |
| 555 Union Boulevard | : |
| Allentown, PA 18109-3286 | : |

**ORDER**

AND NOW, having considered the Motion of Plaintiff Garnell Bailey to extend the time within which Plaintiff shall submit expert reports,

The Court having been fully informed and good cause having been shown,

It is hereby ORDERED and DECREED this _____ day of February, 2003, that said Motion be and the same is hereby GRANTED.  Plaintiff is hereby granted an enlargement of time of thirty (30) days, on or before March 18, 2003, to submit expert reports to Defendants.

BY THE COURT:

_____
J.