IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARNELL BAILEY,            )<br>                            )<br>          Plaintiff   )<br>                            )<br>     vs.                    )<br>                            )<br>LUCENT TECHNOLOGIES, INC. and )<br>AGERE SYSTEMS,              )<br>                            )<br>          Defendants  )  | Civil Action<br>No. 02-CV-04683 |

O R D E R

      NOW, this 13th day of March, 2003, upon consideration of the Motion To Supplement Defendants' Brief In Opposition To Motion To Amend Complaint, which motion to supplement was filed March 12, 2003, and presented to the court March 13, 2003; and upon oral motion of defendant to withdraw the motion, to which there is no opposition,

      <u>IT IS ORDERED</u> that the motion to supplement defendants' brief is withdrawn.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge