```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GARNELL BAILEY,                   )
                                  )  Civil Action
          Plaintiff               )  No. 02-CV-04683
                                  )
     vs.                          )
                                  )
LUCENT TECHNOLOGIES, INC. and     )
AGERE SYSTEMS,                    )
                                  )
          Defendants              )
```

O R D E R

NOW, this 13th day of March, 2003, upon consideration of the Motion For Leave To Amend Complaint filed by plaintiff on December 9, 2002; upon consideration of the briefs of the parties; after oral argument held this date; and for the reasons articulated simultaneously on the record,

IT IS ORDERED that plaintiff's motion is granted in part and denied in part.

IT IS FURTHER ORDERED that plaintiff's motion to amend the complaint to add claims pursuant to the Americans With Disabilities Act ("ADA") is granted.

IT IS FURTHER ORDERED that plaintiff's motion to add claims pursuant to the Age Discrimination and Employment Act ("ADEA") is denied.

IT IS FURTHER ORDERED that plaintiff shall have until March 20, 2003 to file her amended complaint in the format

attached to plaintiff's Motion For Leave To Amend Complaint except for all references to claims for age discrimination which shall be deleted prior to filing.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge