UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARNELL BAILEY, | ) |
|     Plaintiff, | ) No. 02 CV 4683 |
| vs. | ) Judge R. Barclay Surrick |
| LUCENT TECHNOLOGIES, INC., | ) |
|   and | ) |
| AGERE SYSTEMS, | ) |
|     Defendants. | |

**ORDER OF COURT GRANTING DEFENDANT'S
MOTION FOR ADMISSION PRO HAC VICE**

AND NOW, TO WIT, this ___ day of _____, 2003, upon consideration of Defendants' Motion for Admission Pro Hac Vice, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that Defendants' Motion is **GRANTED** and that Theodore A. Schroeder, Esquire is admitted to this Court Pro Hac Vice.

 

_____
U.S.D.J.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARNELL BAILEY,<br><br>        Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES, INC.,<br><br>   and<br><br>AGERE SYSTEMS,<br>        Defendants. | No. 02 CV 4683<br><br>Judge R. Barclay Surrick |

## DEFENDANTS' MOTION FOR ADMISSION PRO HAC VICE

AND NOW COME Defendants Lucent Technologies and Agere Systems, Inc. by their undersigned counsel and request this Court to admit Theodore A. Schroeder, Esquire to this Court Pro Hac Vice.

Attached hereto is an Affidavit of Theodore A. Schroeder, Esquire in support of this request for admission, the content of which is incorporated herein by reference. Robert W. Cameron of Littler Mendelson's Pittsburgh, Pennsylvania office and a member of the bar of this Court will continue to participate in a meaningful manner in the preparation and trial of this case.

Dated: March 27, 2003
                                        LITTLER MENDELSON

                                        Robert W. Cameron  (Pa. I.D. No. 69059)
                                        Theodore A. Schroeder  (Pa. I.D. No. 80559)
                                        Dominion Tower
                                        625 Liberty Avenue, 26th Floor
                                        Pittsburgh, PA  15222
                                        (412) 201-7600

Barbara Rittinger Rigo  (Pa. I.D. No.  76630)
Three Parkway, Suite 1400
1601 Cherry Street
Philadelphia, PA  19102
(267) 402-3000

Attorneys for Defendants,
Lucent Technologies Inc. and Agere Systems Inc.

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARNELL BAILEY,<br><br>        Plaintiff,<br><br>vs.<br><br>LUCENT TECHNOLOGIES, INC.,<br><br>      and<br><br>AGERE SYSTEMS,<br><br>        Defendants. | No. 02 CV 4683<br><br>Judge R. Barclay Surrick |

### AFFIDAVIT OF THEODORE A. SCHROEDER, ESQUIRE, IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Theodore A. Schroeder, Esquire, being first duly sworn, depose and say:

1. I am an associate with the law firm of Littler Mendelson practicing law at the location of Dominion Tower, 625 Liberty Avenue, 26th Floor, Pittsburgh, Pennsylvania 15222.

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania to which I was admitted on December 1, 1997. I am also a member in good standing before the United States Court of Appeals for the Third Circuit, to which I was admitted on June 10, 1998, the U.S. Court of Appeals for the Eleventh Circuit, to which I was admitted on December 17, 2001, and the United States District Court for the Western District of Pennsylvania, to which I was admitted on October 14, 1998.

3. I am not currently suspended or disbarred in any Court.

4. I respectfully request that I be admitted to practice before your Court in the above-captioned case. Robert W. Cameron of Littler Mendelson's Pittsburgh, Pennsylvania office and a member of the bar of this Court has also been retained as counsel in this matter and will participate in a meaningful manner in the preparation and trial of this case.

5.  I swear under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules of practice, the Federal Rules of Civil Procedure and the Federal Rules of Evidence.

_____
Theodore A. Schroeder, Esquire

Sworn and Subscribed to before me,
this _____ day of _____, 20__

_____
Notary Public

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing Defendants' Motion for Admission Pro Hac Vice was caused to be served via United States mail postage pre-paid upon the following:

        Glennis L. Clark, Esquire
        532 Walnut Street
        Allentown, PA  18101

                                                                                                     _____
                                                                                                     Barbara Rittinger Rigo

Date:  March 27, 2003