```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARNELL BAILEY                      :
              Plaintiff,            :
                                    :
       v.                           :    No. 02-4683
                                    :
LUCENT TECHNOLOGIES, INC., et al    :
              Defendant.            :
```

**ORDER**

AND NOW, this     day of April, 2003, after a telephonic discovery conference with counsel this date, it is hereby ORDERED that Plaintiff shall supply sufficient medical authorizations for Defendant to obtain copies of the medical records from Plaintiff's doctors.

                              BY THE COURT:


                              _____
                              ARNOLD C. RAPOPORT
                              United States Magistrate Judge