<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
GARNELL BAILEY,                         )
                                        )   Civil Action
            Plaintiff                   )   No. 02-CV-04683
                                        )
    vs.                                 )
                                        )
LUCENT TECHNOLOGIES, INC. and           )
AGERE SYSTEMS,                          )
                                        )
            Defendant                   )
```

<u>O R D E R</u>

NOW, this 20th day of April, 2003, upon consideration of plaintiff's Motion for Enlargement of Time to Submit Expert Reports, which motion was filed February 20, 2003; upon consideration of the Stipulation of the Parties to Enlargement of Deadlines Established in the November 20, 2002 Scheduling Order; it appearing by separate Rule 16 Status Conference Order of the undersigned dated March 21, 2002 the deadlines in this matter have been extended by agreement of counsel and the undersigned,

<u>IT IS ORDERED</u> that plaintiff's Motion for Enlargement of Time to Submit Expert Reports is denied as moot.

<u>IT IS FURTHER ORDERED</u> that the Stipulation of the Parties to Enlargement of Deadlines Established in the November 20, 2002 Scheduling Order is denied as moot.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge