```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

GARNELL BAILEY,                    )
                                   ) Civil Action
            Plaintiff              ) No. 02-CV-04683
                                   )
      vs.                          )
                                   )
LUCENT TECHNOLOGIES, INC. and      )
AGERE SYSTEMS,                     )
                                   )
            Defendant              )

## O R D E R

NOW, this 26th day of June, 2003, upon consideration of the Stipulation of the parties to extend certain deadlines, which Stipulation was presented June 17, 2003; it appearing by Rule 16 Status Conference Order of the undersigned dated March 21, 2003 that numerous deadlines were established in this matter,

IT IS ORDERED that the parties Stipulation is approved.

IT IS FURTHER ORDERED that, except as otherwise provided below, all discovery shall be completed by August 1, 2003.

IT IS FURTHER ORDERED that plaintiff shall be precluded from offering the testimony of expert witnesses at trial unless on or before July 1, 2003 plaintiff provides defense counsel with the name, address, curriculum vitae and a signed, written expert report containing the findings, conclusions and opinions, of each such witness.

IT IS FURTHER ORDERED that defendants shall be

precluded from offering the testimony of expert witnesses at trial unless on or before August 1, 2003 defendants provide plaintiff's counsel with the name, address, curriculum vitae and a signed, written expert report containing the findings, conclusions and opinions, of each such witness.

IT IS FURTHER ORDERED that defense counsel shall have until August 15, 2003 to advise plaintiff's counsel and the undersigned whether defendants intend to make a settlement offer, and if so, to advise of the specifics of the offer.  Counsel for plaintiff shall report to the undersigned concerning the status of settlement negotiations on or before August 19, 2003.

IT IS FURTHER ORDERED that all discovery motions, including motions concerning expert witnesses, shall be filed and served prior to the close of discovery.  Any motions filed in violation of this Order may be deemed waived in the absence of good cause shown.

IT IS FURTHER ORDERED that all dispositive motions, including motions for summary judgment, accompanied by a brief, shall be filed and served on or before August 21, 2003.  All responses to such motions, accompanied by a brief, shall be filed and served on or before September 11, 2003.

IT IS FURTHER ORDERED that all motions in limine shall be filed and served on or before October 8, 2003.

IT IS FURTHER ORDERED that in all other respects the

deadlines and provisions of our Rule 16 Status Conference Order dated March 21, 2003 remain in full force and effect.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge