# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARNELL BAILEY | : | No. 02-CV-4683 |
| 3563 Driftwood Place | : | |
| Bethlehem, PA 18020 | : | |
| | : | |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| LUCENT TECHNOLOGIES INC. | : | |
| 555 Union Boulevard | : | |
| Allentown, P A 18109-3286 | : | |
| | : | JUDGE JAMES KNOLL GARDNER |
| AND | : | |
| | : | |
| AGERE SYSTEMS INC. | : | |
| 555 Union Boulevard | : | |
| Allentown, PA 18109-3286 | : | |

## STIPULATION

This Stipulation is made this _____ day of _____, 2003, by and between Glennis L. Clark, Esquire, counsel for Plaintiff, and Robert W. Cameron, Esquire, counsel for Defendants.

The parties hereto agree that the dates below are extended as follows:

Plaintiff's expert reports       from June 1 to July 1, 2003

Discovery end       from July 1 to August 1, 2003

Defendants' expert reports       from July 1 to August 1, 2003

Settlement offer       from July 15 to August 15, 2003

Settlement negotiations          from July 18 to August 19, 2003
  (status to Judge)

Dispositive motions              from July 21 to August 21, 2003

Responses, etc.                  from August 11 to September 11, 2003

Motions in Limine                from September 15 to October 8, 2003

_____          _____
Glennis L. Clark, Esquire                 Robert W. Cameron, Esquire
Attorney for Plaintiff                    Attorney for Defendants
I. D. No. 36682                           I. D. No. 69059