IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARNELL BAILEY              :<br>          Plaintiff,    :<br>                             :<br>   v.                        :     No. 02-4683<br>                             :<br>LUCENT TECHNOLOGIES, INC., et al  :<br>          Defendant.         : | |

## ORDER

AND NOW, this      day of July, 2003, after a telephonic discovery conference with counsel this date, it is hereby ORDERED that Plaintiff shall appear for a psychiatric evaluation by Dr. Sadoff.  Said examination to be conducted with Dr. Sadoff and Plaintiff alone, outside the presence of counsel or other observers.

BY THE COURT:


_____
ARNOLD C. RAPOPORT
United States Magistrate Judge