<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
GARNELL BAILEY,                  )
                                 ) Civil Action
           Plaintiff             ) No. 02-CV-04683
                                 )
     vs.                         )
                                 )
LUCENT TECHNOLOGIES, INC. and    )
AGERE SYSTEMS,                   )
                                 )
           Defendant             )
```

<u>O R D E R</u>

NOW, this 24th day of July, 2003, upon consideration of the Stipulation to Extend Deadlines, which Stipulation was presented July 23, 2003; it appearing by Rule 16 Status Conference Order of the undersigned dated March 21, 2003 that numerous deadlines were established in this matter; it further appearing by Order of the undersigned dated June 26, 2003 we approved a previous Stipulation of the parties to extend certain deadlines,

<u>IT IS ORDERED</u> that the parties Stipulation to Extend Deadlines is approved in part and denied in part.

<u>IT IS FURTHER ORDERED</u> that pursuant to the agreement of counsel all discovery shall be completed by August 18, 2003.

<u>IT IS FURTHER ORDERED</u> that all discovery motions, including motions concerning expert witnesses, shall be filed and served prior to the close of discovery. Any motions filed in violation of this Order may be deemed waived in the absence of good cause shown.

IT IS FURTHER ORDERED that all dispositive motions, including motions for summary judgment, accompanied by a brief, shall be filed and served on or before August 29, 2003.  All responses to such motions, accompanied by a brief, shall be filed and served on or before September 12, 2003.

IT IS FURTHER ORDERED that in all other respects the deadlines and provisions of our Rule 16 Status Conference Order dated March 21, 2003 as modified by our Order dated June 26, 2003 remain in full force and effect.

BY THE COURT:

James Knoll Gardner
United States District Judge