IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARNELL BAILEY<br>3563 Driftwood Place<br>Bethlehem, PA 18020 | : No. 02-CV-4683<br>:<br>: |
| v. | :<br>: JUDGE JAMES KNOLL GARDNER |
| LUCENT TECHNOLOGIES INC.<br>555 Union Boulevard<br>Allentown, PA 18109-3286 | :<br>:<br>: |
| AND | : |
| AGERE SYSTEMS INC.<br>555 Union Boulevard<br>Allentown, PA 18109-3286 | :<br>:<br>: |

**ORDER**

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff's Motion to Compel, it is hereby ORDERED that the motion is GRANTED.

BY THE COURT:

_____
                                                                                                    J.