IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARNELL BAILEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 02-4683 |
| | ) | |
| v. | ) | Judge James Knoll Gardner |
| | ) | |
| LUCENT TECHNOLOGIES INC. and | ) | |
| AGERE SYSTEMS INC., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Lucent Technologies Inc. and Agere Systems Inc., by and through their undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, move for summary judgment on all claims raised by Plaintiff, Garnell Bailey.  For the reasons set forth in the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, which is incorporated by reference as if set forth in full herein, there are no genuine issues of material fact and Defendants are entitled to judgment as a matter of law.

WHEREFORE, Defendants respectfully request that the Court grant their Motion and dismiss Plaintiff's Amended Complaint with prejudice.

Respectfully submitted,

LITTLER MENDELSON, P.C.

Robert W. Cameron  (Pa. I.D. No. 69059)
Theodore A. Schroeder  (Pa. I.D. No. 80559)
Dominion Tower
625 Liberty Avenue, 26th Floor
Pittsburgh, PA  15222
(412) 201-7600

Dated:  August 29, 2003

Attorneys for Defendants,
Lucent Technologies Inc. and Agere Systems Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARNELL BAILEY,                          )
                                         )
         Plaintiff,                      )    Civil Action No. 02-4683
                                         )
    v.                                   )    Judge James Knoll Gardner
                                         )
LUCENT TECHNOLOGIES INC. and             )
AGERE SYSTEMS INC.,                      )
                                         )
         Defendants.                     )

## ORDER

AND NOW, this ___ day of _____, 2003, upon consideration of

Defendants' Motion for Summary Judgment, it is hereby ORDERED that the motion is

GRANTED and that Plaintiff's Amended Complaint is DISMISSED WITH PREJUDICE.

_____
                                                                    J.

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 29th day of August, 2002, a true and correct copy of the foregoing

**Defendants' Motion for Summary Judgment** was caused to be served via first-class United

States mail, postage prepaid, upon the following counsel of record:

> Glennis L. Clark, Esquire
> 532 Walnut Street
> Allentown, PA  18101

_____
Erika B. Fisher

PITTSBURGH:28757.1 042480.1004
08/28/03 11:17 AM