IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
_____
                                 :
GARNELL BAILEY,                  :    CIVIL ACTION
                                 :
              Plaintiff,         :
                                 :
     v.                          :    NO. 02-4683
                                 :
LUCENT TECHNOLOGIES INC. and     :
AGERE SYSTEMS INC.,              :
                                 :
              Defendants.        :
_____:
```

**ORDER**

AND NOW, this     day of September, 2003, upon consideration of Plaintiff's Motion to Compel (Dkt. No. 32), the response thereto, and after a telephonic discovery conference on September 23, 2003, IT IS HEREBY ORDERED that:

1. Defendant shall supply detailed descriptions of the job functions of Paul Dumas, Russ Diehl, Michael Henrici, John O'Donnell, and Aaron Brown, in response to Nos. 8 through 12 of Plaintiff's Request for Production of Documents;

2. Defendant shall determine whether stock options were granted in the year 2000 and supply all relevant information to Plaintiff, if stock options were granted in 2000, in response to No. 18 of Plaintiff's Request for Production of Documents; and

3. Defendant will produce additional information as to the amount of any disability payments made to Plaintiff, in response to No. 34 of Plaintiff's Request for Production of Documents.

IT IS FURTHER ORDERED that since Nos. 9 and 10 of Plaintiff's Request for Production of Documents have been withdrawn by Plaintiff and all other matters related to Plaintiff's Request for Production of Documents have been mutually resolved by the parties during the telephonic discovery conference, the remainder of Plaintiff's Motion to Compel is dismissed as moot.

                                        By the Court:

                                        _____
                                        ARNOLD C. RAPOPORT
                                        UNITED STATES MAGISTRATE JUDGE