IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------X
GARNELL BAILEY,                       :

    Plaintiff,                        :       No. 02-CV-4683

  V.                                   :       JURY TRIAL DEMANDED

LUCENT TECHNOLOGIES INC.       :
and AGERE SYSTEMS INC.,                   JUDGE JAMES KNOLL GARDNER
                                     :
    Defendants.
                                     :
----------------------------------------------X

**APPENDIX TO PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Filed on behalf of Plaintiff, Garnell Bailey

Glennis L. Clark, Esquire
I.D. No. 36682
Law Offices of Glennis L. Clark
532 Walnut Street
Allentown, PA 18101
(610) 433-6624