IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARNELL BAILEY, ) | |
| ) | Civil Action |
| Plaintiff ) | No. 02-CV-04683 |
| ) | |
| vs. ) | |
| ) | |
| LUCENT TECHNOLOGIES, INC. and ) | |
| AGERE SYSTEMS, ) | |
| ) | |
| Defendant ) | |

O R D E R

NOW, this 29th day of October, 2003, upon consideration of the letter request by defendants for permission to file a reply brief presented October 28, 2003,

IT IS ORDERED that defendants' motion is granted in part and denied in part.[1]

IT IS FURTHER ORDERED that on or before November 3, 2003 defendant may file a reply brief, not to exceed seven pages in length.  There will be no surreply.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge

---

[1] In their letter, defendants request permission to file a reply brief on or before November 7, 2003.  However, it is the policy of the undersigned that if leave is granted to file a reply brief, then the reply brief shall be submitted within 3 business days of the Order granting the request for leave.