```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARNELL BAILEY,                  )
                                 )  Civil Action
           Plaintiff             )  No. 02-CV-04683
                                 )
     vs.                         )
                                 )
LUCENT TECHNOLOGIES, INC. and    )
AGERE SYSTEMS,                   )
                                 )
           Defendant             )
```

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 15th day of July, 2004,

IT IS ORDERED that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference.

By: _____

CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457