IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
GARNELL BAILEY,                       )
                                      )  Civil Action
            Plaintiff                 )  No. 02-CV-04683
                                      )
      vs.                             )
                                      )
LUCENT TECHNOLOGIES, INC. and         )
AGERE SYSTEMS,                        )
                                      )
            Defendant                 )
```

O R D E R

BEFORE THE HONORABLE JAMES KNOLL GARDNER

AND NOW, this 13th day of October, 2004, it is

ORDERED that the Clerk of Court for the Eastern District of Pennsylvania be and he is hereby directed to furnish lunch for 10 jurors on October 13, 2004, engaged in the above entitled case in the amount of $114.00.

BY THE COURT:


Attest: _____
        TERI L. LEFKOWITH


cc: Fiscal Section (2)

Date: October 13, 2004

Payment to: DOWNTOWN CAFÉ
            535 HAMILTON ST.
            ALLENTOWN PA 18101


By Whom_____

Civ 3(a)(5/89)