<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
GARNELL BAILEY,                    )
                                   )  Civil Action
          Plaintiff                )  No. 02-CV-04683
                                   )
     vs.                           )
                                   )
LUCENT TECHNOLOGIES, INC. and      )
AGERE SYSTEMS,                     )
                                   )
          Defendant                )
```

<u>O R D E R</u>

NOW, this 28th day of September, 2004, upon consideration of the objection made by plaintiff in Paragraph F of Plaintiff's Trial Memorandum dated February 23, 2004 objecting to evidence that plaintiff allegedly threatened to kill her supervisor, Kevin Pennington, which objection is based, in part, upon a patient-psychotherapist privilege; upon consideration of Plaintiff's Memorandum in support of her objection, which memorandum was filed March 5, 2004; upon consideration of Defendants' Amended Opposition to Plaintiff's Memorandum, which opposition was filed March 15, 2004; after oral argument held this date; and for the reasons expressed simultaneously on the record,

    <u>IT IS ORDERED</u> that plaintiff's objection is overruled.


    BY THE COURT:


    _____
    James Knoll Gardner
    United States District Judge