IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARNELL BAILEY, | ) | |
| | ) | Civil Action |
| Plaintiff | ) | No. 02-CV-04683 |
| | ) | |
| vs. | ) | |
| | ) | |
| LUCENT TECHNOLOGIES, INC. and AGERE SYSTEMS, | ) ) | |
| | ) | |
| Defendant | ) | |

O R D E R

NOW, this 12th day of October, 2004, upon consideration of Defendants' Motion for Judgment as a Matter of Law made at the close of all testimony in the within trial held this date; after oral argument; and for the reasons articulated simultaneously on the record,

IT IS ORDERED that Defendants' Motion for Judgment as a Matter of Law is denied.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge