<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
GARNELL BAILEY,                    )
                                   )  Civil Action
         Plaintiff                 )  No. 02-CV-04683
                                   )
    vs.                            )
                                   )
LUCENT TECHNOLOGIES, INC. and      )
AGERE SYSTEMS,                     )
                                   )
         Defendant                 )
```

<u>O R D E R</u>

BEFORE THE HONORABLE JAMES KNOLL GARDNER

AND NOW, this 14th day of October, 2004, it is

ORDERED that the Clerk of Court for the Eastern District of Pennsylvania be and he is hereby directed to furnish lunch for 10 jurors on October 14, 2004, engaged in the above entitled case in the amount of $71.75.

BY THE COURT:


<u>Attest:</u>
       TERI L. LEFKOWITH


cc: Fiscal Section (2)

Date: October 14, 2004

Payment to: PIZZA MART
            539 HAMILTON ST.
            ALLENTOWN PA 18101

By Whom_____

Civ 3(a)(5/89)