<u>IN THE UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

GARNELL BAILEY,                  )
                                 ) Civil Action
            Plaintiff            ) No. 02-CV-04683
                                 )
      vs.                        )
                                 )
LUCENT TECHNOLOGIES, INC. and    )
AGERE SYSTEMS,                   )
                                 )
            Defendant            )

<u>O R D E R</u>

NOW, this 14th day of October, 2004, it appearing by response to jury interrogatories that the following verdict represents the verdict of the jury, the jury verdict of October 14, 2004 is molded to read as follows:

"AND NOW, October 14, 2004, we, the jurors, empaneled in the above case, find in favor of the defendants Lucent Technologies, Inc. and Agere Systems, and against the plaintiff Garnell Bailey.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge