## FEES OF THE CLERK

| FEE | BILLING PERIOD | DESCRIPTION |
|---|---|---|
| $25.65 | Jul-03 | Certified Copy of Court Order |


**LITTLER MENDELSON**
A PROFESSIONAL CORPORATION

Invoice No. 2949883



AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA  18109-3286

**Privileged & Confidential**

August 25, 2003

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

| Date | Description | Amount |
|---|---|---|
| 07/02/03 | Record/Document Retrieval - - DENNIS RICHMAN'S SERVICES 06/23/03 Certified copy of order in Fed. Court | 25.65 |
| 07/29/03 | Witness Fees - - RICHARD GOY, M.D., 07/15/03 Attendance Fee and Mileage for Deposition | 50.00 |
| 07/29/03 | Witness Fees - - HUGO N. TWADDLE, M.D., 07/15/03 Witness Fee and Mileage for Deposition | 50.00 |
| 07/29/03 | Witness Fees - - PATRICIA GORDY, LSW, 07/15/03 Witness Fee and Mileage for Deposition | 50.00 |

Duplication                                                                                           286.35