## FEES FOR SERVICE OF SUMMONS AND SUBPOENAS

| Process Server | Fee | Date | Littler Mendelson Billing Period | Description of Service |
|---|---|---|---|---|
| A. Adam Detective Agency P.O. Box 10690 Pittsburgh, PA 15235 | $59.00 | 03/25/03 | Apr-03 | Subpoena to obtain plaintiff's employment records |
| A. Adam Detective Agency P.O. Box 10690 Pittsburgh, PA 15235 | $211.00 | 06/26/03 | Jun-03 | Subpoenas to obtain plaintiff's medical records from Drs. Twaddle, Goy, Gonzalez and Gordy |
| A. Adam Detective Agency P.O. Box 10690 Pittsburgh, PA 15235 | $163.00 | 03/03/04 | Mar-04 | Trial subpoenas for witnesses Susan Lovegrove-Geise and Patricia Gordy |
| A. Adam Detective Agency P.O. Box 10690 Pittsburgh, PA 15235 | $58.90 | 06/06/04 | Jun-04 | Subpoena to obtain additional plaintiff's employment records |
| A. Adam Detective Agency P.O. Box 10690 Pittsburgh, PA 15235 | $161.70 | 08/26/04 | Aug-04 | Subpoena to obtain plaintiff's medical records from Dr. Gonzalez, and trial subpoenas for witnesses Susan Lovegrove-Geise and Patricia Gordy |
| A. Adam Detective Agency P.O. Box 10690 Pittsburgh, PA 15235 | $139.00 | 09/20/04 | Sep-04 | Subpoena to obtain plaintiff's medical records from Dr. Gonzalez |
| **TOTAL** | **$792.60** | | | |

# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

March 25, 2003

John C. Stupp
Direct: 412.201.7642
Direct Fax: 412.456.2377
jstupp@littler.com

**HAND DELIVERY**

Process Server
A. Adam Detective Agency, Inc.
P.O. Box 10690
Pittsburgh, PA 15235

Re: **Service of Subpoena**

Dear Sir or Madam:

Enclosed please find one subpoena along with cover letter to be served upon Susquehanna Pfaltzgraff Company in York, PA. Per our telephone conversation, I have also enclosed our firm check in the amount of $59.00 as payment for your fees. Once served, please arrange to have a copy of the subpoena with completed proof of service returned to me in the enclosed self-addressed envelope.

If you have any questions, please do not hesitate to contact me. Thank you for your assistance in this matter.

Very truly yours,

John C. Stupp

Enclosures

cc: Robert W. Cameron, Esq.

ARIZONA

CALIFORNIA

COLORADO

DISTRICT OF COLUMBIA

GEORGIA

ILLINOIS

MINNESOTA

NEVADA

NEW JERSEY

NEW YORK

OHIO

PENNSYLVANIA

TEXAS

WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ℠

Dominion Tower, 625 Liberty Avenue, 26th Floor, Pittsburgh, Pennsylvania 15222.3110 Tel: 412.201.7600 Fax: 412.456.2377 www.littler.com



# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

ARIZONA

CALIFORNIA

June 26, 2003

John C. Stupp
Direct: 412.201.7642
Direct Fax: 412.456.2377
jstupp@littler.com

COLORADO

DISTRICT OF COLUMBIA

**BY HAND DELIVERY**

Process Server
A. Adam Detective Agency
P.O. Box 10690
Pittsburgh, PA 15235

GEORGIA

ILLINOIS

Re:   **Service of Subpoenas**

Dear Sir or Madam:

Enclosed please find four (4) subpoenas along with medical authorizations and cover letters to be served upon Hugo N. Twaddle, M.D.; Abel Gonzalez, M.D.; Richard Goy, M.D. and Patricia L. Gordy, LSW in Bethlehem, Pennsylvania. Per our telephone conversation, I have enclosed our firm's check in the amount of $211.00 as payment for your fees (including expedited mailing to the Bethlehem area). Once served, please arrange to have a copy of the subpoena with completed proof of service returned to me in the enclosed self-addressed envelope.

MINNESOTA

NEVADA

NEW JERSEY

If you have any questions, please do not hesitate to contact me. Thank you for your assistance in this matter.

Very truly yours,

John C. Stupp
Paralegal

NEW YORK

OHIO

Enclosures

cc:   Robert W. Cameron, Esquire
      Theodore A. Schroeder, Esquire

PENNSYLVANIA

TEXAS

WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠

Dominion Tower, 625 Liberty Avenue, 26th Floor, Pittsburgh, Pennsylvania 15222.3110 Tel: 412.201.7600 Fax: 412.456.2377 www.littler.com



**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION

March 3, 2004

John C. Stupp
Direct: 412.201.7642
Direct Fax: 412.456.2377
jstupp@littler.com

**BY HAND DELIVERY**

A. Adam Detective Agency, Inc.
P.O. Box 10690
Pittsburgh, PA 15235

Re:   **Service of Trial Subpoenas**

Dear Sir or Madam:

Enclosed please find subpoenas, witness fee checks and letters to be served upon Susan Lovegrove-Geise and Patricia Gordy **by March 15, 2004.** Per our telephone conversation, I have enclosed our firm's check in the amount of $163.00 to cover your service fees.

Don't hesitate to call me if you have any questions regarding service. Please return the proofs of service in the enclosed self-addressed, stamped envelopes. Thank you for your assistance with this request.

Very truly yours,

John C. Stupp
Paralegal

Enclosures

cc:   Robert W. Cameron, Esquire
      Theodore A. Schroeder, Esquire



**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION

June 3, 2004

John C. Stupp
Direct: 412.201.7642
Direct Fax: 412.456.2377
jstupp@littler.com

ARIZONA

CALIFORNIA

COLORADO

DISTRICT OF COLUMBIA

Process Server
A. Adam Detective Agency, Inc.
P.O. Box 10690
Pittsburgh, PA 15235

FLORIDA

GEORGIA

Re:   **Service of Subpoena**

Dear Sir or Madam:

Enclosed please find a subpoena and cover letter to be served upon the Custodian of Records at Susquehanna Pfaltzgraff Company, 140 East Market Street, York, PA 17401. Per our telephone conversation, I have also enclosed our firm check in the amount of $58.90 as payment for your fees (and **Priority Mail** to York, PA). Once served, please arrange to have a copy of the subpoena with completed proof of service returned to me in the enclosed self-addressed envelope.

If you have any questions, please do not hesitate to contact me. Thank you for your assistance in this matter.

Very truly yours,

John C. Stupp

Enclosures

cc:   Robert W. Cameron, Esq.

ILLINOIS

MINNESOTA

NEVADA

NEW JERSEY

NEW YORK

NORTH CAROLINA

OHIO

PENNSYLVANIA

TEXAS

WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠

Dominion Tower, 625 Liberty Avenue, 26th Floor, Pittsburgh, Pennsylvania 15222.3110 Tel: 412.201.7600 Fax: 412.456.2377 www.littler.com

# LITTLER MENDELSON®
### A PROFESSIONAL CORPORATION

August 26, 2004

John C. Stupp
Direct: 412.201.7642
Direct Fax: 412.456.2377
jstupp@littler.com

A. Adam Detective Agency, Inc.
P.O. Box 10690
Pittsburgh, PA 15235

Re: **Service of Subpoenas**

Dear Sir or Madam:

Enclosed please find subpoenas, witness fee checks and cover letters to be served upon Abel Gonzalez M.D., Susan Lovegrove-Geise and Patricia Gordy **by September 10, 2004**. Per our telephone conversation, I have enclosed our firm's checks in the amounts of $107.80 and $53.90 to cover your service fees.

Don't hesitate to call me if you have any questions regarding service. Please return the proofs of service in the enclosed self-addressed, stamped envelopes. Thank you for your assistance with this request.

Very truly yours,

John C. Stupp
Paralegal

Enclosures

cc:   Robert W. Cameron, Esquire
      Theodore A. Schroeder, Esquire

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠
Dominion Tower, 625 Liberty Avenue, 26th Floor, Pittsburgh, Pennsylvania 15222.3110  Tel: 412.201.7600  Fax: 412.456.2377  www.littler.com



## LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

|  |  |
|---|---|
| September 20, 2004 | John C. Stupp<br>Direct: 412.201.7642<br>Direct Fax: 412.456.2377<br>jstupp@littler.com |

A. Adam Detective Agency
P.O. Box 10690
Pittsburgh, PA 15235

Re:   **Abel Gonzalez, M.D.**

Dear Sir or Madam:

Enclosed please find our firm's check in the amount of $139.00 as payment for service of the existing papers/subpoena that you hold in your possession at the new address of Dr. Abel Gonzalez at 2299 Broadhead Road, Bethlehem, PA 18020.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

*Laura Sushel*
*for John Stupp*

John C. Stupp
Paralegal

JCS/jcs
Enclosure

ARIZONA · CALIFORNIA · COLORADO · DISTRICT OF COLUMBIA · FLORIDA · GEORGIA · ILLINOIS · MASSACHUSETTS · MINNESOTA · NEVADA · NEW JERSEY · NEW YORK

---

**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION
**PITTSBURGH OFFICE**
DOMINION TOWER
625 LIBERTY AVE., 26TH FL
PITTSBURGH, PA 15222
(412) 201-7600

UNION BANK OF CALIFORNIA, N.A.
SAN FRANCISCO, CA 94104
11-49/1210

**41010546**

9/20/2004

PAY TO THE ORDER OF   A. Adam Detective Agency, Inc.        $ **139.00

One Hundred Thirty-Nine and 00/100********************************************************** DOLLARS

P.O. Box 10690
Pittsburgh, PA 15235

MEMO  042480.1004/Re-Service of Process - Trial Subpoena

LITTLER MENDELSON, P.C.
NOT VALID OVER $1000 - VOID AFTER 90 DAYS