## COURT REPORTING FEES

| Court Reporting Firm | Fees | Littler Mendelson Billing Period |
|---|---|---|
| **Slifer, Voice & Shade/Veritext** (3/28/03 Deposition of Garnell Bailey) | $1,273.35 | Jul-03 |
| **Slifer, Voice and Shade/Veritext** (7/29/03 Depositions of Drs. Twaddle and Goy) | $432.60 | Aug-03 |
| **Francis Gunkel & Associates** (8/12/03 Deposition of Susan Lovegrove-Geis) | $305.60 | Aug-03 |
| **Francis Gunkel & Associates** (8/13/03 Depositions of Kevin Pennington and Anthony Patillo) | $493.80 | Aug-03 |
| **Slifer, Voice and Shade/Veritext** (8/18/03 Deposition of Pat Gordy) | $324.30 | Sep-03 |
| **TOTAL** | 2,829.65 | |

# VERITEXT/PENNSYLVANIA REPORTING CO., L.L.C.

| | |
|---|---|
| Reporting Service Assoc.(RSA) | Slifer, Voice & Shade |
| 1845 Walnut Street – 15th Floor | 3055 College Heights Blvd.- 2nd Floor |
| Philadelphia, PA 19103 | Allentown, PA 18104 |
| (215) 241-1000-Phone | (610) 434-8588-Phone |
| (215) 241-1539-Fax | (610) 434-1350-Fax |

*Please remit payments to the Philadelphia office*

---

LITTLER MENDELSON LAW
Attn: ROBERT W. CAMERON, ESQ.
625 LIBERTY AVENUE, DOMINION TOWER
26TH FLOOR
PITTSBURG, PA  15222

INV #
57614

```
INV DATE       CL #      JOB REF#
04/24/2003     5511      SVS/45719
```

Re: BAILEY, GARNELL    AGERE SYSTEMS, INC.
Assignment Date: March 28, 2003


DEPOSITION OF GARNELL BAILEY

```
ORIGINAL AND ONE COPY      431.0   Pages              1,228.35
ATTENDANCE                                               35.00
SHIPPING & HANDLING                                      10.00
                                                    ==========
                                      Total Amount $  1,273.35
```

Terms: Payable upon receipt, 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

**CREDIT CARD PAYMENT:**     ☐ VISA       ☐ Master Card      ☐ American Express

Card#_____ Exp. Date_____ Signature_____

VERITEXT/PENNSYLVANIA REPORTING CO., LLC
Federal Tax Id#: 23-2959369



# LITTLER MENDELSON*
A PROFESSIONAL CORPORATION



Page 1 of 10

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA  18109-3286

**Privileged & Confidential**

September 17, 2003

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

| Date | Description | Amount |
|---|---|---|
| 08/26/03 | Court Reporter - - FRANCES GUNKEL, 08/12/03 Deposition Transcript of: Susan Lovegrove-Geise | 305.60 |
| 08/26/03 | Court Reporter - - VERITEXT/PENNSYLVANIA, 07/29/03 Deposition Transcripts of: H. Twaddle and R. Goy | 432.60 |
| 08/26/03 | Court Reporter - - FRANCES GUNKEL, 08/13/03 Deposition Transcript of: A. Patillo, K. Pennington | 493.80 |

| Date | Description | Amount |
|---|---|---|
| 08/07/03 | Record/Document Retrieval - - LITIGATION SOLUTIONS, INC (PA), 07/25/03 Additional Records of: Garnell Bailey, From: Dr. Patricia Gordy | 48.80 |
| 08/07/03 | Record/Document Retrieval - - LITIGATION SOLUTIONS, INC (PA), 07/24/03 Medical Records of: Garnell Bailey, From: Dr. Patricia Gordy and Dr. Hugo Twaddle, M.D. | 181.29 |
| 08/07/03 | Record/Document Retrieval - - LITIGATION SOLUTIONS, INC (PA), 07/29/03 Medical Records of: Garnell Bailey, From: Dr. Abel Gonzalez and Healthworks | 221.14 |

| Duplication | 462.30 |
|---|---|







AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
1110 AMERICAN PARKWAY, NE, ROOM 12J-302
LEHIGH VALLEY CENTRAL CAMPUS
ALLENTOWN, PA 18109

**Privileged & Confidential**

October 21, 2003


042480.1004

BAILEY, GARNELL


1898  Robert W. Cameron

| Date | Description | Amount |
|---|---|---|
| 09/10/03 | Binder/Velo-Binding Charges - - RELIABLE COPY SERVICE, INC. 08/31/03 Velobinding (6) | 39.59 |
| 09/15/03 | Binder/Velo-Binding Charges - - RELIABLE COPY SERVICE, INC. 09/04/03 5 velobinds | 10.70 |

Case 2:02-cv-04683-JKG     Document 94-4     Filed 11/01/2004     Page 8 of 9

| | | |
|---|---|---:|
| 09/08/03 | Court Reporter - - VERITEXT/PENNSYLVANIA, 08/18/03<br>Deposition Transcript of: Patricia Gordy | 324.30 |
| 09/08/03 | Duplication/Purchased Copies- - - DITTO DOCUMENT<br>SERVICES, INC., 08/31/03  Copies, Tabs and Slipsheets | 145.41 |
| | Duplication | 98.70 |