## WITNESS FEE COMPUTATION

| Name and Residence | Attendance | Subsistence | Mileage | Total Cost |
|---|---|---|---|---|
| Susan Lovegrove-Geise<br>2302 W. Allen Street<br>Allentown, PA 18104<br>(2 Trial Witness Fees w/Mileage) | 1 Day $40.00 (3/3/04)<br>1 Day $40.00 (8/25/04) | | $5.00<br>$5.00 | $45.00<br>$45.00 |
| Patricia Gordy<br>2545 Schoenersville Road<br>Bethlehem, PA 18107<br>(1 Deposition Witness Fee w/mileage, 2 Trial Witness Fees w/mileage) | 1 Day $40.00 (8/18/03)<br>1 Day $40.00 (3/3/04)<br>1 Day $40.00 (8/25/04) | | $10.00<br>$10.00<br>$10.00 | $50.00<br>$50.00<br>$50.00 |
| Dr. Hugo Twaddle<br>2649 Schoenersville Road, Suite 201<br>Bethlehem, PA 18107<br>(1 Deposition Witness Fee w/mileage) | 1 Day $40.00 (7/29/03) | | $10.00 | $50.00 |
| Dr. Richard Goy<br>2649 Schoenersville Road, Suite 204<br>Bethehem, PA 18107<br>(1 Deposition Witness Fee w/mileage | 1 Day $40.00 (7/29/03) | | $10.00 | $50.00 |
| Dr. Robert Sadoff<br>261 Old York Road<br>Jenkintown, PA 19046<br>(Trial Testimony) | 1 Day $40.00 (10/7/04) | | $42.34 | $82.34 |
| Brian Sullivan<br>1608 Walnut Street, 8th Floor<br>Philadelphia, PA 19103<br>(Trial Testimony Fee – Mileage, Tolls and Parking) | 1 Day $40.00 (10/8/04) | | $38.42 (incl. Tolls and Parking) | $78.42 |
| TOTAL | | | | $500.76 |

Pittsburgh:44368.1 042480.1004



**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION

ARIZONA

CALIFORNIA

COLORADO

DISTRICT OF
COLUMBIA

GEORGIA

ILLINOIS

MINNESOTA

NEVADA

NEW JERSEY

NEW YORK

OHIO

PENNSYLVANIA

TEXAS

WASHINGTON

July 15, 2003

John C. Stupp
Direct: 412.201.7642
Direct Fax: 412.456.2377
jstupp@littler.com

**FEDERAL EXPRESS MAIL**

Hugo N. Twaddle, M.D.
Muhlenberg Primary Care, PC
2649 Schoenersville Road, Suite 201
Bethlehem, PA 18107

Re:  **Garnell Bailey v. Lucent Technologies Inc. and Agere Systems Inc.**

Dear Dr. Twaddle:

Enclosed please find a witness fee check in the amount of $50.00 and an original subpoena regarding your attendance at a deposition on Tuesday, July 29, 2003 (a copy of which subpoena was faxed to your office yesterday). We would like to reschedule the deposition in the afternoon at 1:00 p.m. or at 5:00 p.m. in the early evening on July 29th. We anticipate that the deposition will last no more than two hours. If you can forward to us the records we have requested ahead of time, then the deposition will conclude sooner.

Thank you in advance for your assistance in this matter and for agreeing to accept service through the mail.

Very truly yours,

John C. Stupp
Paralegal

Enclosures

cc:  Glennis L. Clark, Esquire (via facsimile)
     Robert W. Cameron Esquire
     Theodore A. Schroeder, Esquire

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ℠

Dominion Tower, 625 Liberty Avenue, 26th Floor, Pittsburgh, Pennsylvania 15222.3110 Tel: 412.201.7600 Fax: 412.456.2377 www.littler.com



# LITTLER MENDELSON®
### A PROFESSIONAL CORPORATION

ARIZONA

CALIFORNI

July 15, 2003             John C. Stupp    COLORAD
Direct: 412.201.7642
Direct Fax: 412.456.2377
jstupp@littler.com

DISTRICT O
COLUMBI

**FEDERAL EXPRESS MAIL**

Patricia Gordy, LSW
Muhlenberg Behavioral Health/Banko Family Community Center
2545 Schoenersville Road
Bethlehem, PA 18107

GEORGI

Re: **Garnell Bailey v. Lucent Technologies Inc. and Agere Systems Inc.**

ILLINOIS

Dear Ms. Gordy:

Enclosed please find a witness fee check in the amount of $50.00 and an original subpoena regarding your attendance at a deposition on Tuesday, July 29, 2003 (a copy of which subpoena was faxed to your office yesterday). We would like to reschedule your deposition for 1:00 p.m. in the afternoon or at 5:00 p.m. in the early evening on July 29th. We anticipate that the deposition will last no more than two hours. If you can forward to us the records we have requested ahead of time, then the deposition will conclude sooner.

MINNESOTA

NEVADA

Thank you in advance for your assistance in this matter and for agreeing to accept service through the mail.

NEW JERSEY

Very truly yours,

John C. Stupp
Paralegal

NEW YORK

Enclosures

OHIO

cc: Glennis L. Clark, Esquire (via facsimile)
     Robert W. Cameron Esquire
     Theodore A. Schroeder, Esquire

PENNSYLVANIA

TEXAS

WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠

Dominion Tower, 625 Liberty Avenue, 26th Floor, Pittsburgh, Pennsylvania 15222.3110 Tel: 412.201.7600 Fax: 412.456.2377 www.littler.com



# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

July 15, 2003

John C. Stupp
Direct: 412.201.7642
Direct Fax: 412.456.2377
jstupp@littler.com

**FEDERAL EXPRESS MAIL**

Sheila Dinan
Healthworks
2649 Schoenersville Road
Suite 204
Bethlehem, PA 18017

Re: **Garnell Bailey v. Lucent Technologies Inc. and Agere Systems Inc.**

Dear Ms. Dinan:

I have enclosed a check in the amount of $50.00 which represents the $40.00 attendance fee, plus mileage, required by federal law and an original subpoena regarding Dr. Richard Goy's attendance at a deposition in your offices at 3:15 p.m. on July 29, 2003 (a copy of which subpoena was faxed to Dr. Goy yesterday). I have received from you a schedule of requested fees for Dr. Goy's deposition. We are not, however, asking Dr. Goy to provide expert testimony in this matter. Instead we are subpoenaing him as a fact witness to provide testimony regarding his treatment and diagnosis of Garnell Bailey, the plaintiff in this matter. As such, we can compel his testimony by payment of the statutory fees required by 28 U.S.C. § 1821 and Rule 45 of the Federal Rules of Civil Procedure. As a courtesy, we have attempted to schedule his deposition at a time and place that is convenient for Healthworks.

Thank you in advance for your assistance in this matter and for agreeing to accept service through the mail.

Very truly yours,

John C. Stupp
Paralegal

Enclosures

cc: Glennis L. Clark, Esquire (via facsimile)
    Robert W. Cameron Esquire
    Theodore A. Schroeder, Esquire

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
GEORGIA
ILLINOIS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ™
Dominion Tower, 625 Liberty Avenue, 26th Floor, Pittsburgh, Pennsylvania 15222.3110 Tel: 412.201.7600 Fax: 412.456.2377 www.littler.com



# LITTLER MENDELSON®
### A PROFESSIONAL CORPORATION

August 26, 2004

John C. Stupp
Direct: 412.201.7642
Direct Fax: 412.456.2377
jstupp@littler.com

**BY HAND DELIVERY WITH SUBPOENA**

Patricia Gordy
Muhlenberg Behavioral Health/Banko Family Community Center
2545 Schoenersville Road
Bethlehem, PA 18017

Re:   **Trial Subpoena**
      **Garnell Bailey v. Lucent Technologies Inc. and Agere Systems Inc.**

Dear Ms. Gordy:

This letter will confirm that you are being subpoenaed to testify at trial regarding the above-referenced matter and that you are to appear at Courtroom No. 4A on the 4th Floor of the U.S. Courthouse, 504 Hamilton Street, Allentown, PA 18101-1500 on Monday, September 27, 2004 at 9:30 A.M. Enclosed please find a check in the amount of $50.00 as payment for your witness appearance fee and mileage. You will be expected to testify on one day during the Honorable James Knoll Gardner's three-week trial pool beginning on September 27th. **If you call me at 412-201-7642 and leave a telephone number where you can be reached, I will call you to advise of a more precise time for you to appear.** This way, you will avoid spending excessive time in the courthouse.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

John C. Stupp
Paralegal

Attachments

cc:   Robert W. Cameron, Esquire
      Theodore A. Schroeder, Esquire

ARIZONA
CALIFORNIA
COLORADO
DISTRICT OF COLUMBIA
FLORIDA
GEORGIA
ILLINOIS
MINNESOTA
NEVADA
NEW JERSEY
NEW YORK
NORTH CAROLINA
OHIO
PENNSYLVANIA
TEXAS
WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠

Dominion Tower, 625 Liberty Avenue, 26th Floor, Pittsburgh, Pennsylvania 15222-3110  Tel: 412.201.7600  Fax: 412.456.2377



**LITTLER MENDELSON®**
A PROFESSIONAL CORPORATION

August 26, 2004

John C. Stupp
Direct: 412.201.7642
Direct Fax: 412.456.2377
jstupp@littler.com

**BY HAND DELIVERY WITH SUBPOENA**

Susan Lovegrove-Geise
2302 West Allen Street
Allentown, PA 18104

Re:   **Trial Subpoena**
      **Garnell Bailey v. Lucent Technologies Inc. and Agere Systems Inc.**

Dear Ms. Lovegrove-Geise:

This letter will confirm that you are being subpoenaed to testify at trial regarding the above-referenced matter and that you are to appear at Courtroom No. 4A on the 4th Floor of the U.S. Courthouse, 504 Hamilton Street, Allentown, PA 18101-1500 on Monday, September 27, 2004 at 9:30 A.M. Enclosed please find a check in the amount of $45.00 as payment for your witness appearance fee and mileage. You will be expected to testify on one day during the Honorable James Knoll Gardner's three-week trial pool beginning on September 27th. **If you call me at 412-201-7642 and leave a telephone number where you can be reached, I will call you to advise of a more precise time for you to appear.** This way, you will avoid spending excessive time in the courthouse.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

John C. Stupp
Paralegal

Attachments

cc:   Robert W. Cameron, Esquire
      Theodore A. Schroeder, Esquire

ARIZON
CALIFORNI
COLORAD
DISTRICT O COLUMBI
FLORID
GEORGI
ILLINOI
MINNESOT.
NEVAD.
NEW JERSE
NEW YOR
NORTH CAROLIN
OHI
PENNSYLVANI
TEXA
WASHINGTO

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM℠

Dominion Tower, 625 Liberty Avenue, 26th Floor, Pittsburgh, Pennsylvania 15222-3110 Tel: 412.201.7600 Fax: 412.456.2377 www.littler.com



# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

March 3, 2004

John C. Stupp
Direct: 412.201.7642
Direct Fax: 412.456.2377
jstupp@littler.com

**BY HAND DELIVERY WITH SUBPOENA**

Susan Lovegrove-Geise
2302 West Allen Street
Allentown, PA 18104

Re: **Trial Subpoena**
**Garnell Bailey v. Lucent Technologies Inc. and Agere Systems Inc.**

Dear Ms. Lovegrove-Geise:

This letter will confirm that you are being subpoenaed to testify at trial regarding the above-referenced matter and that you are to appear at Courtroom No. 4A on the 4th Floor of the U.S. Courthouse, 504 Hamilton Street, Allentown, PA 18101-1500 on Monday, March 22, 2004 at 9:30 A.M. Enclosed please find a check in the amount of $45.00 as payment for your witness appearance fee and mileage. You will be expected to testify on one day during the Honorable James Knoll Gardner's two-week trial pool beginning on March 22nd. **If you call me at 412-201-7642 and leave a telephone number where you can be reached, I will call you to advise of a more precise time for you to appear.** This way, you will avoid spending excessive time in the courthouse.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

John C. Stupp
Paralegal

Attachments

cc: Robert W. Cameron, Esquire
    Theodore A. Schroeder, Esquire



## LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

March 3, 2004

John C. Stupp
Direct: 412.201.7642
Direct Fax: 412.456.2377
jstupp@littler.com

**BY HAND DELIVERY WITH SUBPOENA**

Patricia Gordy
Muhlenberg Behavioral Health/Banko Family Community Center
2545 Schoenersville Road
Bethlehem, PA 18017

Re:   **Trial Subpoena**
      **Garnell Bailey v. Lucent Technologies Inc. and Agere Systems Inc.**

Dear Ms. Gordy:

This letter will confirm that you are being subpoenaed to testify at trial regarding the above-referenced matter and that you are to appear at Courtroom No. 4A on the 4th Floor of the U.S. Courthouse, 504 Hamilton Street, Allentown, PA 18101-1500 on Monday, March 22, 2004 at 9:30 A.M. Enclosed please find a check in the amount of $50.00 as payment for your witness appearance fee and mileage. You will be expected to testify on one day during the Honorable James Knoll Gardner's two-week trial pool beginning on March 22nd. **If you call me at 412-201-7642 and leave a telephone number where you can be reached, I will call you to advise of a more precise time for you to appear.** This way, you will avoid spending excessive time in the courthouse.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

John C. Stupp
Paralegal

Attachments

cc:   Robert W. Cameron, Esquire
      Theodore A. Schroeder, Esquire

# THE CENTER FOR FORENSIC
# ECONOMIC STUDIES

OCT 13 2004

1608 WALNUT STREET, EIGHTH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103
(215) 546-5600
FAX (215) 732-8158

FEDERAL TAX ID #23-2644597

October 11, 2004

Billed through 10/11/04

Bill number        002700-00046-007 JMS

ittler Mendelson
tt:  Robert Cameron, Esquire
ominion Tower, 28th Floor
25 Liberty Avenue
ittsburgh, PA 15222-3110

arnell Bailey v. Agere

| | | |
|---|---|---|
| alance forward as of bill number 002 dated 08/01/03 | $ | 4,061.25 |
| ayments received since last bill (last payment 10/21/03) | $ | 4,061.25 |
| et balance forward | $ | .00 |

)R PROFESSIONAL SERVICES RENDERED

| | | | |
|---|---|---|---|
| )/20/04 | meeting with attorney, trial preparation | | |
| | 1.5 hrs | $ | 450.00 |
| )/07/04 | document review trial preparation | | |
| | 1.0 hrs | $ | 300.00 |
| )/08/04 | one half day testify | | $2,000.00 |

|  |  |  |
|---|---|---|
| Fees for this matter | $ | 2,750.00 |

'HER CHARGES

|  |  |  |
|---|---|---|
| Mileage, Tolls and Parking | | 38.42 |
| Other Charges for this matter | $ | 38.42 |

LLING SUMMARY

|  |  |  |
|---|---|---|
| Fees | $ | 2,750.00 |
| Other Charges | $ | 38.42 |
| TOTAL CHARGES FOR THIS BILL | $ | 2,788.42 |
| TOTAL BALANCE NOW DUE | $ | 2,788.42 |

Please make check payable to The Center for Forensic
Economic Studies. Include bill number on all checks.