## FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS

| Number of Copies | Price Per Page | Cost | Billing Period | Brief Description |
|---|---|---|---|---|
| 1,024 | $0.15 | $153.60 | Sep-02 | EEOC Documents, Client Documents, Documents for Production to Plaintiff w/Disclosures, Answer to Plaintiff and Court |
| 28 | $0.15 | $4.20 | Oct-02 | Documents Produced to Plaintiff w/Disclosures |
| 201 | $0.15 | $30.15 | Nov-02 | EEOC Documents, First Set of Interrogatories and Request for Production to Plaintiff (2 Copies Each) |
| 113 | $0.15 | $16.95 | Dec-02 | Brief in Opposition to Mot to Amend Complaint to Plaintiff and Court |
| 797 | $0.15 | $119.55 | Jan-03 | EEOC Documents |
| 181 | $0.15 | $27.15 | Feb-03 | Correspondence with Plaintiff's Counsel |
| 2,960 | $0.15 | $444.00 | Mar-03 | Deposition Exhibits to Plaintiff and Court Reporter, Entry of Appearance, Summary of Issues, Rule 16 Conference Memorandum to Plaintiff and Court |
| 465 | $0.15 | $69.75 | Apr-03 | Answer to Amended Complaint to Plaintiff and Court |
| 32 | $0.15 | $4.80 | May-03 | Letter to Court re: Disccovery |
| 1,663 | $0.15 | $249.45 | Jun-03 | Responses to Plaintiff's Request for Production of Documents;Transcripts, Reports, Exhibits, Pleadings, EEOC Documents to Expert |
| 5 | $8.00 | $40.00 | Jul-04 | Receipt of Plaintiff's Medical Records |
| 1,909 | $0.15 | $286.35 | Jul-03 | Deposition Exhibits to Plaintiff and Court Reporter: Transcripts, Reports, Exhibits, Medical Records to Expert; Letter to Plaintiff and Court re: Evaluation of Plaintiff w/Exhibits |
| 3,082 | $0.15 | $462.30 | Aug-03 | Deposition Exhibits to Plaintiff and Court Reporter, Witness Preparation, Revised Responses and 2nd Supplemental Responses to Plaintiff's Request for Production, Motion for Summary Judgment and Exhibits to Plaintiff and Court, Expert Reports to Plaintiff |
| 91 | $4.96 | $451.23 | Aug-03 | Receipt of Plaintiff's Medical Records |
| 1,627 | $0.15 | $294.40 | Sep-03 | Opposition to Motion to Compel to Plaintiff and Court, Motion for Summary Judgment and Exhibits to Plaintiff and Court |
| 1,174 | $0.15 | $176.10 | Oct-03 | 3rd Supplemental Responses to Plaintiff's Request for Production of Documents, Trial Memorandum and Motions in Limine and Exhibits to Plaintiff and Court (and Courtesy Copy to Judge Gardner) |
| 26 | $0.15 | $3.90 | Nov-04 | Reply to Plaintiff's Opposition to Motion for Summary Judgment to Plaintiff and Court |
| 969 | $0.15 | $145.35 | Feb-04 | Summary of Issues and Argument in Support of Motion for Summary Judgment to Plaintiff and Court, Proposed Jury Instructions to Plaintiff |
| 4,572 | $0.15 | $685.88 | Mar-04 | Trial Preparation, Preparation of Trial Exhibits (copy to Plaintiff), Preparation of Trial Binders; Joint Proposed Jury Instructions to Plaintiff, Exhibits to Defendants Opposition to Court, Objections to Plaintiff's Jury Instructions to Plaintiff |
| 18 | $0.15 | $2.70 | Apr-04 | Trial Preparation |
| 2 | $0.15 | $0.30 | May-04 | Trial Preparation |
| 51 | $0.15 | $7.65 | Jun-04 | Trial and Subpoena Preparation |
| 686 | $0.15 | $102.90 | Aug-04 | Trial Preparation, Preparation of Trial Binders, Exhibits to Plaintiff and Court, Witness Preparation |

## FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS

| | | | | |
|---|---|---|---|---|
| 2,240 | $0.15 | $336.00 | Sep-04 | Trial Preparation, Preparation of Trial Binders, Exhibits to Plaintiff and Court, Witness Preparation, Amended Objections to Plaintiff's Proposed Evidence (Copies to Plaintiff and Court) |
| 1,935 | $0.15 | $290.35 | Oct-04 | Trial Preparation and Conduct, Preparation of Trial Binders, Exhibits to Plaintiff and Court, Witness Preparation, Jury Instructions, Motion for Judgment as a Matter of Law (Copies to Plaintiff and Court) |
| **25,851** | | **$4,405.01** | | **SEE COPIES OF BILLS ATTACHED AS EXHIBIT "G"** |