# OTHER COSTS

| COST | BILLING PERIOD | DESCRIPTION |
|---|---|---|
| $4,500.00 | Jul-03 | Expert Report, Psychiatric Examination of Plaintiff (Dr. Robert Sadoff) |
| $4,061.25 | Aug-03 | Expert Report, Document Review, Data Analysis (Brian Sullivan – Center for Forensic and Economic Studies) |
| $2,750.00 | Oct-04 | Trial Testimony and Preparation (Brian Sullivan – Center for Forensic and Economic Studies) |
| $2,100.00 | Oct-04 | Consultation with Counsel, Trial Preparation (Dr. Robert Sadoff) |
| $3,300.00 | Oct-04 | Trial Testimony, Trial Preparation (Dr. Robert Sadoff) |
| **$16,711.25** | | |

AUG 0 1 2003

ROBERT L. SADOFF, M. D.
SUITE 326, THE PAVILION
261 OLD YORK RD.
JENKINTOWN, PENNSYLVANIA 19046

TELEPHONE 215 - 887-6144
FAX 215 - 887-6477

July 30, 2003

Robert W. Cameron, Esquire
c/o Littler Mendelson
Dominion Tower
625 Liberty Avenue - 26th Floor
Pittsburgh, PA 15222-3110

RE:  Garnell Bailey

**FOR PROFESSIONAL SERVICES:**

| | |
|---|---:|
| Time involved in review of records and deposition, with exhibits, 7-27-03 - 4 hours | $ 2,400.00 |
| Time for psychiatric examination, 7-29-03 - 2 hours | 1,200.00 |
| Time involved in further review and preparation of report, 7-30-03 - 1-1/2 hours | 900.00 |
| TOTAL DUE | $ 4,500.00 |

(Billed @ $600 per hour)

Social Security [REDACTED]

**THE CENTER FOR FORENSIC**
# ECONOMIC STUDIES
RESEARCH • CONSULTING • LITIGATION SUPPORT

AUG 2 0 2003

1608 Walnut Street, Suite 1200
Philadelphia, Pennsylvania 19103

August 1, 2003

(215) 546-5600
Fax (215) 732-8158

Billed through 07/31/03

FEDERAL TAX ID #23-2644597

Bill number          002700-00046-002 JMS

Littler Mendelson
Att: Robert Mendelson, Esquire
Dominion Tower, 28th Floor
625 Liberty Avenue
Pittsburgh, PA 15222-3110


Garnell Bailey v. Agere

FOR PROFESSIONAL SERVICES RENDERED

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/12/03 | document review | 1.00 hrs | 300 /hr | 300.00 |
| 06/16/03 | case discussion | .50 hrs | 300 /hr | 150.00 |
| 06/17/03 | document review , data analysis , report preparation | 2.00 hrs | 300 /hr | 600.00 |
| 07/25/03 | data analysis document review report preparation case discussion | 3.00 hrs | 300 /hr | 900.00 |
| 07/30/03 | case review and discussion | .50 hrs | 300 /hr | 150.00 |
| 07/30/03 | data analysis document review report preparation case discussion case review and discussion | 4.50 hrs | 300 /hr | 1,350.00 |
| 07/30/03 | case review and discussion | 1.00 hrs | 300 /hr | 300.00 |
| 07/31/03 | case discussion report preparation case review and discussion | 1.00 hrs | 300 /hr | 300.00 |

Fees for this matter                13.50 hrs      4,050.00

DISBURSEMENTS

Duplication and Copies                                2.25
Document Fax Sent                                     9.00

Disbursements for this matter       $               11.25

BILLING SUMMARY

Fees                                $            4,050.00

**THE CENTER FOR FORENSIC**
# ECONOMIC STUDIES
RESEARCH ■ CONSULTING ■ LITIGATION SUPPORT

PAGE   2

1608 Walnut Street, Suite 1200
Philadelphia, Pennsylvania 19103

(215) 546-5600
Fax (215) 732-8158

FEDERAL TAX ID #23-2644597

```
Littler Mendelson
Bill number        002700-00046-002 JMS
```

|  |  |
|---|---|
| Disbursements | $        11.25 |
| TOTAL CHARGES FOR THIS BILL | $     4,061.25 |

Please make check payable to The Center for Forensic
Economic Studies.  Include bill number on all checks.

OCT 13 2004

# THE CENTER FOR FORENSIC
# ECONOMIC STUDIES

1608 WALNUT STREET, EIGHTH FLOOR
PHILADELPHIA, PENNSYLVANIA 19103
(215) 546-5600
FAX (215) 732-8158

FEDERAL TAX ID #23-2644597

October 11, 2004

Billed through 10/11/04

Bill number          002700-00046-007 JMS

Littler Mendelson
Att:  Robert Cameron, Esquire
Dominion Tower, 28th Floor
525 Liberty Avenue
Pittsburgh, PA 15222-3110


Darnell Bailey v. Agere

Balance forward as of bill number 002 dated 08/01/03    $    4,061.25
Payments received since last bill (last payment 10/21/03) $   4,061.25
                                                              ------------
Net balance forward                                      $         .00

FOR PROFESSIONAL SERVICES RENDERED

9/20/04        meeting with attorney, trial preparation
                               1.5 hrs   $   450.00
10/07/04       document review trial preparation
                               1.0 hrs   $   300.00
10/08/04       one half day testify       $2,000.00

               Fees for this matter                      $    2,750.00

OTHER CHARGES

               Mileage, Tolls and Parking                         38.42
                                                              ------------
               Other Charges for this matter            $        38.42

BILLING SUMMARY

               Fees                                      $    2,750.00

               Other Charges                             $       38.42
                                                              ------------
               TOTAL CHARGES FOR THIS BILL              $    2,788.42
                                                              ------------
               TOTAL BALANCE NOW DUE                    $    2,788.42


Please make check payable to The Center for Forensic
Economic Studies.  Include bill number on all checks.

ROBERT L. SADOFF, M. D.<br>
SUITE 326<br>
THE BENJAMIN FOX PAVILION<br>
JENKINTOWN, PENNSYLVANIA 19046<br>
TELEPHONE 215 - 887-6144<br>
FAX 215 - 887-6477

October 12, 2004

Theodore A. Schroeder, Esquire
c/o Littler Mendelson
Dominion Tower
625 Liberty Avenue -26[th] Floor
Pittsburgh, PA 15222-3110

RE: Garnell Bailey v. Lucent Technologies, Inc. and Agere Systems, Inc.

**FOR PROFESSIONAL SERVICES**:

| | |
|---|---:|
| Time involved in consulting with attorney, 9-20-04 - 2 hours plus 1½ hours travel time - 3½ hours | $ 2,100.00 |
| Time involved in preparing for and presenting expert psychiatric testimony, Allentown, Pennsylvania - 10-7-04 - 5½ hours | 3,300.00 |
| TOTAL DUE | $ 5,400.00 |

(Billed @ $600 per hour)

Social Security and Tax ID ███████