





**Page 1 of 5**

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA  18109-3286

**Privileged & Confidential**

October 21, 2002

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

153.60

Duplication





**LITTLER MENDELSON**

A PROFESSIONAL CORPORATION



AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA 18109-3286

**Privileged & Confidential**

November 11, 2002

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

| | Amount |
|---|---|
| Duplication | 4.20 |





**LITTLER MENDELSON***
A PROFESSIONAL CORPORATION



AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA  18109-3286

**Privileged & Confidential**

December 16, 2002

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

Duplication                                                                                    30.15





**LITTLER MENDELSON**°
A PROFESSIONAL CORPORATION



Page 1 of 5

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA  18109-3286

**Privileged & Confidential**

January 28, 2003


042480.1004

BAILEY, GARNELL


1898  Robert W. Cameron

**Duplication**                                                                                      **16.95**





**LITTLER MENDELSON**®

A PROFESSIONAL CORPORATION



Page 1 of 6

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA 18109-3286

**Privileged & Confidential**

February 25, 2003

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

Duplication

119.55





LITTLER MENDELSON*
A PROFESSIONAL CORPORATION



Page 1 of 5

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA  18109-3286

**Privileged & Confidential**

March 19, 2003

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

**Duplication**                                                                    **27.15**





## LITTLER MENDELSON*
### A PROFESSIONAL CORPORATION



Page 1 of 8

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA  18109-3286

**Privileged & Confidential**

April 15, 2003

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

Duplication                                                    444.00





**LITTLER MENDELSON***
A PROFESSIONAL CORPORATION



Page 1 of 7

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA 18109-3286

**Privileged & Confidential**

May 22, 2003

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

04/29/03    Process Service - - A. ADAM DETECTIVE AGENCY, INC.,                59.00
            03/25/03  Service of Subpoenas


            Duplication                                                        69.75





# LITTLER MENDELSON*
### A PROFESSIONAL CORPORATION



Page 1 of 5

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA 18109-3286

**Privileged & Confidential**

June 19, 2003


042480.1004

BAILEY, GARNELL


1898  Robert W. Cameron

Duplication                                                                4.80





**LITTLER MENDELSON**<sup>*</sup>

A PROFESSIONAL CORPORATION



Page 1 of 7

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA  18109-3286

**Privileged & Confidential**

July 17, 2003

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

| 06/27/03 | Process Service - - A. ADAM DETECTIVE AGENCY, INC., 06/25/03  Service of Four Subpoenas | 211.00 |
| 06/30/03 | Record/Document Retrieval - - Dr. Thomas Friedrich 06/09/03  Medical records | 40.00 |
| | Duplication | 249.45 |





**LITTLER MENDELSON**®

A PROFESSIONAL CORPORATION



Page 1 of 9

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA  18109-3286

**Privileged & Confidential**

August 25, 2003

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

| | | |
|---|---|---|
| 07/02/03 | Record/Document Retrieval - - DENNIS RICHMAN'S SERVICES 06/23/03  Certified copy of order in Fed. Court | 25.65 |
| 07/29/03 | Witness Fees - - RICHARD GOY, M.D., 07/15/03 Attendance Fee and Mileage for Deposition | 50.00 |
| 07/29/03 | Witness Fees - - HUGO N. TWADDLE, M.D., 07/15/03 Witness Fee and Mileage for Deposition | 50.00 |
| 07/29/03 | Witness Fees - - PATRICIA GORDY, LSW, 07/15/03 Witness Fee and Mileage for Deposition | 50.00 |

**Duplication**                                                                         **286.35**





## LITTLER MENDELSON*
A PROFESSIONAL CORPORATION



AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
555 UNION BOULEVARD, ROOM 21F169
ALLENTOWN, PA  18109-3286

**Privileged & Confidential**

September 17, 2003

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

| 08/26/03 | Court Reporter - - FRANCES GUNKEL, 08/12/03 Deposition Transcript of: Susan Lovegrove-Geise | 305.60 |
| 08/26/03 | Court Reporter - - VERITEXT/PENNSYLVANIA, 07/29/03 Deposition Transcripts of: H. Twaddle and R. Goy | 432.60 |
| 08/26/03 | Court Reporter - - FRANCES GUNKEL, 08/13/03 Deposition Transcript of: A. Patillo, K. Pennington | 493.80 |

| | | |
|---|---|---|
| 08/07/03 | Record/Document Retrieval - - LITIGATION SOLUTIONS, INC (PA), 07/25/03  Additional Records of: Garnell Bailey, From: Dr. Patricia Gordy | 48.80 |
| 08/07/03 | Record/Document Retrieval - - LITIGATION SOLUTIONS, INC (PA), 07/24/03  Medical Records of: Garnell Bailey, From: Dr. Patricia Gordy and Dr. Hugo Twaddle, M.D. | 181.29 |
| 08/07/03 | Record/Document Retrieval - - LITIGATION SOLUTIONS, INC (PA), 07/29/03  Medical Records of: Garnell Bailey, From: Dr. Abel Gonzalez and Healthworks | 221.14 |

Duplication                                                                    462.30



## LITTLER MENDELSON*
A PROFESSIONAL CORPORATION



Page 1 of 6



AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
1110 AMERICAN PARKWAY, NE, ROOM 12J-302
LEHIGH VALLEY CENTRAL CAMPUS
ALLENTOWN, PA 18109

**Privileged & Confidential**

October 21, 2003

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

| 09/10/03 | Binder/Velo-Binding Charges - - RELIABLE COPY SERVICE, INC. 08/31/03  Velobinding (6) | 39.59 |
| 09/15/03 | Binder/Velo-Binding Charges - - RELIABLE COPY SERVICE, INC. 09/04/03  5 velobinds | 10.70 |

| | | |
|---|---|---|
| 09/08/03 | Court Reporter - - VERITEXT/PENNSYLVANIA, 08/18/03 Deposition Transcript of: Patricia Gordy | 324.30 |
| 09/08/03 | Duplication/Purchased Copies- - - DITTO DOCUMENT SERVICES, INC., 08/31/03  Copies, Tabs and Slipsheets | 145.41 |
| | Duplication | 98.70 |



# LITTLER MENDELSON*
### A PROFESSIONAL CORPORATION



Page 1 of 7



AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
1110 AMERICAN PARKWAY, NE, ROOM 12J-302
LEHIGH VALLEY CENTRAL CAMPUS
ALLENTOWN, PA 18109

**Privileged & Confidential**

November 23, 2003


042480.1004

BAILEY, GARNELL


1898  Robert W. Cameron

Duplication                                                                176.10





# LITTLER MENDELSON®

### A PROFESSIONAL CORPORATION



Page 1

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
1110 AMERICAN PARKWAY, NE, ROOM 12J-302
LEHIGH VALLEY CENTRAL CAMPUS
ALLENTOWN, PA 18109

**Privileged & Confidential**

December 22, 2003


042480.1004

BAILEY, GARNELL


1898  Robert W. Cameron

Duplication                                                                3.90





# LITTLER MENDELSON*
### A PROFESSIONAL CORPORATION



Page 1

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
1110 AMERICAN PARKWAY, NE, ROOM 12J-302
LEHIGH VALLEY CENTRAL CAMPUS
ALLENTOWN, PA 18109

**Privileged & Confidential**

March 22, 2004

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

**Duplication**                                                                                    **145.35**





# LITTLER MENDELSON*
### A PROFESSIONAL CORPORATION



Page 1

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
1110 AMERICAN PARKWAY, NE, ROOM 12J-302
LEHIGH VALLEY CENTRAL CAMPUS
ALLENTOWN, PA 18109

**Privileged & Confidential**

April 20, 2004

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

| 03/09/04 | Purchased Copies/Duplication - - DITTO DOCUMENT SERVICES, INC., 02/27/04  CD Creation and Copies Produced | 180.83 |
| 03/19/04 | Purchased Copies/Duplication - - DITTO DOCUMENT SERVICES, INC., 03/08/04 Copies Produced | 175.35 |
| 03/30/04 | Process Service - - A. ADAM DETECTIVE AGENCY, INC., 03/03/04  Process Service on: Susan Lovegrove-Geise | 163.00 |
| 03/30/04 | Witness Fees - - SUSAN LOVEGROVE-GEISE, 03/03/04 Witness Fee and Mileage | 45.00 |
| 03/30/04 | Witness Fees - - PATRICIA GORDY, LSW, 03/03/04 Deposition Witness Fee and Mileage | 50.00 |
| | Duplication | 329.70 |





**LITTLER MENDELSON**<sup>®</sup>

A PROFESSIONAL CORPORATION



Page 1

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
1110 AMERICAN PARKWAY, NE, ROOM 12J-302
LEHIGH VALLEY CENTRAL CAMPUS
ALLENTOWN, PA 18109

**Privileged & Confidential**

May 18, 2004

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron



**A PROFESSIONAL CORPORATION**



Page 1



AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
1110 AMERICAN PARKWAY, NE, ROOM 12J-302
LEHIGH VALLEY CENTRAL CAMPUS
ALLENTOWN, PA 18109

**Privileged & Confidential**

June 15, 2004

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

Duplication                                                                          0.30



**LITTLER MENDELSON**\*

A PROFESSIONAL CORPORATION



INVOICE SUMMARY



July 21, 2004

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
1110 AMERICAN PARKWAY, NE, ROOM 12J-302
LEHIGH VALLEY CENTRAL CAMPUS
ALLENTOWN, PA 18109

**Privileged & Confidential**

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

| 06/29/04 | Process Service - - A. ADAM DETECTIVE AGENCY, INC., 06/03/04  Service of Subpoena on: Custodian of Records at Susquehanna Pfaltzgraff Company | | | 58.90 |
|---|---|---|---|---|
| | Duplication | 51 | 0.15 | 7.65 |



## LITTLER MENDELSON*
A PROFESSIONAL CORPORATION


INVOICE SUMMARY



September 20, 2004

AGERE SYSTEMS, INC.
PAUL BENTO, ESQ., VICE PRESIDENT - LAW
1110 AMERICAN PARKWAY, NE, ROOM 12J-302
LEHIGH VALLEY CENTRAL CAMPUS
ALLENTOWN, PA 18109

**Privileged & Confidential**

042480.1004

BAILEY, GARNELL

1898  Robert W. Cameron

3027731

| | | | | |
|---|---|---|---|---|
| 08/30/04 | Process Service - - A. ADAM DETECTIVE AGENCY, INC., 08/26/04  Process Service - Medical Records Subpoena | | | 53.90 |
| 08/30/04 | Process Service - - A. ADAM DETECTIVE AGENCY, INC., 08/25/04  Process Service - Trial Subpoenas | | | 107.80 |
| 08/30/04 | Witness Fees - - SUSAN LOVEGROVE-GEISE, 08/25/04 Witness Appearance Fee and Mileage | | | 45.00 |
| 08/30/04 | Witness Fees - - PATRICIA GORDY, LSW, 08/25/04 Witness Appearance Fee and Mileage | | | 50.00 |
| | Duplication | 686 | 0.15 | 102.90 |

**PREBILL**
## As of September 30, 2004
## Run Date: October 22, 2004

| | |
|---|---|
| **Client Address:** | **Matter Billing Address:** |
| AGERE SYSTEMS, INC.<br>PAUL BENTO, ESQ., VICE PRESIDENT - LAW<br>1110 AMERICAN PARKWAY, NE, ROOM 12J-302<br>LEHIGH VALLEY CENTRAL CAMPUS<br>ALLENTOWN, PA 18109<br>Phone: (610) 712-6011 | AGERE SYSTEMS, INC.<br>PAUL BENTO, ESQ., VICE PRESIDENT - LAW<br>1110 AMERICAN PARKWAY, NE, ROOM 12J-302<br>LEHIGH VALLEY CENTRAL CAMPUS<br>ALLENTOWN, PA 18109<br>Phone: (610) 712-6011 |

| | | |
|---|---|---|
| **Prebill Number:** | **1063250** | |
| **Joint Group ID:** | | |
| **Client Matter#:** | **042480.1004** | |
| Client Name: | AGERE SYSTEMS INC. | |
| | | |
| Matter: | BAILEY, GARNELL | |
| | | |
| Responsible Attorney: | 1898 | Cameron |
| Billing Attorney: | 1898 | Cameron |
| Orginating Attorney: | 1898 | Cameron |
| Matter Location: | 41 | Pittsburgh |

| Duplication | 032 | 338.00 |
| Process Service | 083 | 33.00 |

**Agere/Bailey (#042480.1004)**
**Unbilled September Costs (to be billed 10/04)**

|        |        |        |                |
|--------|--------|--------|----------------|
| Oct-04 | 336.00 | 336.00 | Duplication    |
|        | 336.00 | 336.00 | Duplication    |
|        |        |        |                |
| Oct-04 | 139.00 | 139.00 | Process Service |
|        | 139.00 | 139.00 | Process Service |

**Agere/Bailey (#042480.1004)**
**Unbilled October Costs (as of 10/19/04 - to be billed 11/04)**

. . .

| Nov-04 | 40.50 | 40.50 Duplication |
| | 40.50 | 40.50 Duplication |
| Nov-04 | 66.47 | 66.47 Purchased Copies/Duplication |
| | 66.47 | 66.47 Purchased Copies/Duplication |
| Nov-04 | 180.83 | 180.83 Exhibits |
| | 180.83 | 180.83 Exhibits |

**8**

| 032 | 2.55 | 2.55 | Duplication |

