IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARNELL BAILEY, | : | |
| | : | |
| Plaintiff, | : | No. 02-CV-4683 |
| | : | |
| V. | : | The Honorable James Knoll Gardner |
| | : | |
| LUCENT TECHNOLOGIES INC. and AGERE SYSTEMS INC., | : | |
| | : | |
| Defendants. | : | |

## MOTION TO REQUEST PAYMENT FOR TRANSCRIPTION

Plaintiff, Garnell Bailey, by and through her attorney, GLENNIS L. CLARK, ESQUIRE, hereby respectfully moves this Honorable Court to pay the cost for the transcription of the trial transcript.

Respectfully submitted:

_____
GLENNIS L. CLARK
I. D. No. 36682
Attorney for Plaintiff
LAW OFFICE OF GLENNIS L. CLARK
1908 Allen Street
Allentown, PA 18104
610-433-6624

-2-

## **CERTIFICATE OF SERVICE**

I, Glennis L. Clark, Esquire, hereby certify that I have caused to be served a true and correct copy of the Motion To Request Payment for the Transcription of the Trial Transcript via first class mail, postage prepaid on the date stated below to the offices of:

Robert W. Cameron, Esquire
Littler Mendelson
Dominon Tower
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222-3110

Theodore Schroeder, Esquire
Littler Mendelson
Dominon Tower
625 Liberty Avenue, 26th Floor
Pittsburgh, PA 15222-3110

_____
GLENNIS L. CLARK
I. D. No. 36682
Attorney for Plaintiff

Dated:_____