IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARNELL BAILEY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| **LUCENT TECHNOLOGIES et al.** | : | **NO. 02-4683** |

## JUDGMENT

 **AND NOW**, this     day of ,     2006, judgment is hereby entered in favor of defendants Lucent Technologies, Inc., Agere Systems, Inc. and against plaintiff Garnell Bailey in the amount of $8,374.67.


                S/ Michael E. Kunz
                **MICHAEL E. KUNZ**
                **CLERK OF COURT**